IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BAREIS TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  6:09-cv-514 |
| v. | ) | |
| | ) | |
| UBISOFT, INC., SONY COMPUTER | ) | JURY TRIAL DEMANDED |
| ENTERTAINMENT AMERICA INC., | ) | |
| ELECTRONIC ARTS, INC., and DISNEY | ) | |
| INTERACTIVE SUTDIOS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DISMISSAL FOR DEFENDANT
## DISNEY INTERACTIVE STUDIOS, INC.

Plaintiff Bareis Technologies, LLC ("Plaintiff") hereby moves to dismiss Defendant Disney Interactive Studios, Inc., ("Defendant" or "Disney") with prejudice pursuant to Rule 41(a)(1)(i) and respectfully states as follows:

1.     On April 12, 2010, Plaintiff filed its First Amended Complaint for patent infringement with this Court, alleging that Defendant Disney infringes United States Patent No. 5,617,407 ("the '407 patent").  (Doc. No. 29).

2.     As of this date, Disney, has not filed or served an answer or otherwise responded to Plaintiff's First Amended Complaint.

3.     The parties have reached a mutual agreement and Plaintiff no longer wishes to pursue the above referenced matter against Disney.  Accordingly, Plaintiff hereby dismisses Disney from the above referenced action with prejudice.  Each party shall bear its own fees and costs.

4.     This Motion to Dismiss With Prejudice of Defendant Disney shall not serve to operate as a dismissal of any other party named as a defendant in this action.

Dated:  April 20, 2010

Respectfully Submitted,

_____/s/ Matthew J.M. Prebeg_____
Matthew J.M. Prebeg
  Texas Bar No. 00791465
Edward W. Goldstein
  Texas Bar No. 08099500
Califf T. Cooper
  Texas Bar No. 24055345
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas  77027
Telephone:  713-877-1515
Facsimile:  713-877-1145
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 20th day of April, 2010.

_____/s/ Matthew J.M. Prebeg_____
Matthew J.M. Prebeg